September 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ENTRUST, INC., Appellant

NO. 14-14-00196-CV V.

RICE DISTRICT COMMUNITY HOSPITAL D/B/A RICE MEDICAL CENTER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Rice District Community Hospital d/b/a Rice Medical Center, signed December 3, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Rice District Community Hospital d/b/a Rice Medical Center take nothing on its claims against appellant, Entrust, Inc.

We further order that all costs incurred by reason of this appeal be paid by appellee, Rice District Community Hospital d/b/a Rice Medical Center.

We further order this decision certified below for observance.